

**ORIGINAL**

**FILED**

03/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

**FILED**

MAR 12 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

On July 18, 2019, pursuant to the request of the Honorable Robert L. Deschamps, III, District Judge for the Fourth Judicial District, Chief Justice McGrath called in retired District Judge Ed McLean to assume jurisdiction of Missoula County Cause No. DC-15-614, *State of Montana v. Jamie Jay Norris*.

Judge Deschamps has informed the Court that he is available to resume jurisdiction of the above-listed matter. Therefore,

IT IS ORDERED that the July 18, 2019 Order calling in retired District Judge Ed McLean is hereby RESCINDED.

IT IS FURTHER ORDERED that Judge Descamps shall resume jurisdiction of Missoula County Cause No. DC-15-614, *State of Montana v. Jamie Jay Norris*.

A copy of this Order shall be filed with the Clerk of Court of the Fourth Judicial District, with the request that this Order be sent to all counsel of record in the above-listed matter.

A copy of this Order shall also be furnished to the Honorable Robert L. Deschamps, III, the Honorable Ed McLean, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this __11__ day of March, 2020.

_____
Chief Justice